TOP | About Us | Top Management

> Japanese

# Top Management

∨ Directors   ∨ Audit & Supervisory Board Members   ∨ Corporate Officers

As of June 19, 2019

**About Us**

Message from the President

— **Mission and Values**

NYK Group Mission Statement

NYK Business Credo

Code of Conduct

Green Policy

— **Corporate Profile**

Profile

Location

History

Structure

**Top Management**

Corporate Governance

Fleet: NYK Group

NYK Group

Medium-Term Management Plan

Video Gallery

Publications

## Directors

**Chairman, Director; Chairman Corporate Officer**

Tadaaki Naito

**President, Representative Director, President Corporate Officer**

Hitoshi Nagasawa

Chairman of Tramp Shipping Strategy Committee

**Representative Director, Senior Managing Corporate Officer**

Eiichi Takahashi

Chief Financial Officer
Chief Executive of Management Planning Headquarters
Oversees Corporate Communication Group, IR Group, Corporate Planning Group, Group Management Promotion Group, Accounting Group, Finance Group and Cruise Enterprise Group
In charge of Research Group and Government and Industrial Affairs Group

**Director, Senior Managing Corporate Officer**

Yoshiyuki Yoshida

Chief Compliance Officer
Chief Executive of General Affairs Headquarters
Special matters assigned by the President regarding Group Management
Oversees General Affairs Group, Maritime Museum Group, Secretary Group, Human Resources Group,



**EXHIBIT 6**

Nomination Group and Governance Group

|  |  |  |
|---|---|---|
| **Director,**<br>**Senior Managing**<br>**Corporate Officer** | **Hiroki Harada**<br><br>Deputy Chief Information Officer<br>Chief Executive of Global Logistic Services Headquarters<br>Oversee Logistics & Container Trade Coordination Group and Harbour Group<br>In charge of Logistics & Container Trade Coordination Group, Air Freighter Business Group, Yokohama Branch, Kansai Branch and Latin America Region |  |
| **Chief Outside**<br>**Director**<br>**(Part-time)** | **Yoshihiro Katayama**<br><br>Independent Director |  |
| **Outside Director**<br>**(Part-time)** | **Hiroko Kuniya**<br><br>Independent Director |  |
| **Outside Director**<br>**(Part-time)** | **Eiichi Tanabe**<br><br>Independent Director |  |

## Audit & Supervisory Board Members

**Audit & Supervisory Board Member (Full-time)**

**Hiroshi Hiramatsu**

**Noriko Miyamoto**

| | | |
|---|---|---|
| Board Member (Full-time) | |  |
| Outside Audit & Supervisory Board Member (Part-time), Independent Auditor | Hirohide Yamaguchi |  |
| Outside Audit & Supervisory Board Member (Part-time), Independent Auditor | Toshinori Kanemoto |  |

# Corporate Officers

| | | |
|---|---|---|
| Senior Managing Corporate Officer | **Hidetoshi Maruyama**<br><br>Chairman of Group IT Strategy Committee, Chief Information Officer<br>Chief Executive of Technical Headquarters<br>Executive Chief of Environmental Management, Chairman of Technology Strategy Committee<br>Special matters assigned by the President regarding Domestic Harbour<br>Oversees Marine Group, Technical Group and Digitalization Group<br>In charge of Environment Group, Technical HQ Management Group and Information Planning Group | |
| Managing Corporate Officer | **Hitoshi Oshika**<br><br>President and Chief Executive Officer of NIPPON CARGO AIRLINES CO., LTD. | |
| Managing Corporate Officer | **Tomoyuki Koyama**<br><br>Chief Safety Officer(Marine)<br>Assists the Officer who oversees Marine Group<br>In charge of Human Resources Group (matters related to personnel affairs and operation of seafarers) | |
| Managing Corporate | **Akira Kono**<br><br>Chief Executive of Energy Division<br>Oversees Tramp Co-ordination Group (matters related to the Energy Division), | |

| | |
|---|---|
| | In charge of Middle-East Region |
| **Managing Corporate Officer** | **Takaya Soga**<br>Chief Executive of Automotive Transportation Headquarters<br>Oversees Car Carrier Group No.1, Car Carrier Group No.2, Auto-Logistics Group and Automotive Quality Control Group<br>In charge of Nagoya Branch, Russia Region and Africa Region |
| **Managing Corporate Officer** | **Koichi Uragami**<br>Chief Executive of Dry Bulk Division<br>Oversees Tramp Co-ordination Group, Dry Bulk Marine Quality Control Group, Iron Ore & Coal Group, Forest Products Group, Steaming Coal Group, Tramper Group and Bulk & Projects Carriers Group<br>In charge of Global Mineral Resources Group, Kyushu Branch and India Region |
| **Managing Corporate Officer** | **Shohei Yamamoto**<br>In charge of Corporate Communication Group, IR Group, Accounting Group, Finance Group and Cruise Enterprise Group |
| **Corporate Officer** | **Svein Steimler**<br>President and CEO of NYK GROUP EUROPE LTD. |
| **Corporate Officer** | **Yutaka Higurashi**<br>Deputy Chief Compliance Officer<br>In charge of General Affairs Group, Maritime Museum Group, Secretary Group, Internal Audit Chamber, Legal & Fair Trade Promotion Group and Governance Group<br>General Manager of Maritime Museum Group |
| **Corporate Officer** | **Nobuhiro Kashima**<br>In charge of Tramp Co-ordination Group, Dry Bulk Marine Quality Control Group and Panamax Group<br>Assists the Officer who is in charge of Green Business Group |
| **Corporate Officer** | **Toru Kamiyama**<br>Representative Director, Executive Vice President and COO of YUSEN LOGISTICS CO, LTD. |
| **Corporate Officer** | **Hemant Pathania**<br>Managing Director and COO of NYK SHIPMANAGEMENT PTE. LTD. |
| **Corporate Officer** | **Masashi Suda** |

| | |
|---|---|
| Corporate Officer | **Shinya Hitomi**<br><br>In charge of Energy Co-ordination Group, Tanker Group and Fuel Group |
| Corporate Officer | **Taizo Yoshida**<br><br>In charge of Technical Group<br>General Manager of Technical Group |
| Corporate Officer | **Akihiro Yoshida**<br><br>In charge of Iron Ore & Coal Group and Forest Products Group |
| Corporate Officer | **Kotaro Seki**<br><br>In charge of Car Carrier Group No.1, Car Carrier Group No.2, Auto-Logistics Group and Automotive Quality Control Group |
| Corporate Officer | **Lee Check Poh**<br><br>Executive Chairman of TASCO BERHAD |
| Corporate Officer | **Muneaki Saitoh**<br><br>In charge of Logistics & Container Trade Coordination Group (matters related to Logistics business) and Harbour Group<br>General Manager of Harbour Group |
| Corporate Officer | **Kazumasa Okazaki**<br><br>In charge of Marine Group |
| Corporate Officer | **Hideki Suzuki**<br><br>In charge of Digitalization Group<br>General Manager of Digitalization Group |
| Corporate Officer | **Hiroshi Kubota**<br><br>In charge of Corporate Planning Group and Group Management Promotion Group<br>General Manager of Corporate Planning Group |
| Corporate Officer | **Shinji Umehara**<br><br>In charge of Human Resources Group<br>General Manager of Human Resources Group |

Please refer to the attached PDF for the components of each headquarter.