IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JHON ALCIDE, *et al.*, ) | CIVIL ACTION NO.:  19-cv-13691-LMA-DMD |
| ) | |
| *Plaintiffs*, ) | |
| ) | SECTION "I" (3) |
| v. ) | |
| ) | JUDGE:  LANCE M. AFRICK |
| NIPPON YUSEN KABUSHIKI KAISHA ) | |
| *Defendant*. ) | |
| ) | MAGISTRATE:  DANA DOUGLAS |
| ) | |

## NOTICE OF APPEAL

Pursuant of Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), notice is hereby given that Plaintiffs appeal against defendant Nippon Yusen Kabushiki Kaisha ("NYK"), to the United States Court of Appeals for the Fifth Circuit from the June 4, 2020 Order & Reasons and subsequent judgment (Rec. Docs. 39, 40) dismissing Plaintiffs' claims against NYK for lack of personal jurisdiction.

Payment of the required fee of $505.00 will be provided through the Court's Case Management / Electronic Case Files System.

Respectfully submitted,

By: */s/ Craig Isenberg*
Craig Isenberg, T.A., 29603
Laurence D LeSueur, Jr., 35206
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701
cisenberg@barrassousdin.com
llesueur@barrassousdin.com

AND

- 2 -

*/s/ David Schloss*
David M. Schloss, 416523
Kasey K. Murray, 1016186
KOONZ MCKENNEY JOHNSON & DEPAOLIS LLP
2001 Pennsylvania Avenue, N.W. Suite 450
Washington, D.C. 20006
Telephone: (202) 659-5500
Facsimile: (202) 785-3719
dschloss@koonz.com
kmurray@koonz.com

AND

*/s/ Thomas Schoenbaum*
Thomas Schoenbaum, JD, PhD
1301 Spring Street, Apt. 30i
Seattle, WA 98104
Telephone: (206) 364-3891
tjschoen@uw.edu

*Counsel for Plaintiffs*

{1745751_1}